JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI POE, on behalf of herself and others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>                      Defendant. | Case No. 8:21-cv-2065-SPG-E<br><br>**FINAL JUDGMENT**<br><br>Hon. Sherilyn Peace Garnett<br>Courtroom: 5C |

# FINAL JUDGMENT

The Court, having granted Plaintiff's Motion for Summary Judgment (ECF No. 131), and having considered all of the papers filed, arguments made, and evidence provided in the proceedings, and otherwise being fully informed in the matter, and good cause appearing, hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1) Judgment is granted in favor of Plaintiff Cheri Poe against Defendant Northwestern Mutual Life Insurance Company in the amount of $565,956.69.
2) All pending deadlines and hearings in this action are vacated.
3) Each side shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 23, 2023

Hon. Sherilyn Peace Garnett
United States District Judge