UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-02065-SPG-E | Date | April 9, 2026 |
| Title | Cheri Poe v. Northwestern Mutual Life Insurance Company | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER VACATING THE FINAL PRETRIAL CONFERENCE AND DIRECTING THE PARTIES TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION**

On March 23, 2026, counsel for Plaintiff Cheri Poe ("Plaintiff") emailed the Court that the parties had "reached a settlement." In response, the Clerk of Court directed the parties to "file a notice of settlement as soon as possible." To date, the parties have not filed a notice of settlement. The parties have also not filed the required pretrial documents listed in the Court's scheduling order. *See* (ECF No. 215). In light of the representation by Plaintiff's counsel that the parties have reached a settlement, and the parties' failure to file the required pretrial documents, the Court vacates the scheduled final pretrial conference and trial dates. The parties are hereby ordered to show cause, in writing, on or before April 17, 2026, why the Court should not dismiss this action for lack of prosecution. Failure to file a response shall be deemed consent to dismissal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg